THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DELTA MARINE INDUSTRIES, INC., a Washington corporation,<br><br>                          Plaintiff,<br>    v.<br><br>F/V SILVER ISLE, Washington Registration No. WN367SUN, its engines, tackle, rigging, equipment, and other appurtenances, etc., *In Rem*;<br><br>and<br><br>RAYMOND AND NORMA FORSMAN, *In Personam*,<br><br>                         Defendants. | IN ADMIRALTY<br><br>Case No.: C16-1411 RSM<br><br>ORDER GRANTING DEFAULT JUDGMENT *IN REM* AGAINST F/V SILVER ISLE AND *IN PERSONAM* AGAINST RAYMOND AND NORMA FORSMAN, ORDER OF SALE OF VESSEL, AND CREDIT BID AUTHORITY |

This matter having come before the Court upon the motion of the plaintiff for Judgment pursuant to Fed. R. Civ. Proc. 55(b) and LAR 130(d) against Defendants F/V SILVER ISLE, Washington Registration No. WN367SU, its Engines, Machinery, Appurtenances, etc.(the "Vessel"), *in rem*, and Raymond and Norma Forsman *in personam*, and for an Order of Sale of the Vessel and credit bid authority. This Court, having reviewed the Motion and being fully advised, hereby finds that the motion should be granted.

ORDER GRANTING
DEFAULT JUDGMENT- 1
Case No.: 2:16-cv-01411

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

(1) That Delta Marine Industries, Inc. shall have judgment *in rem* against Defendant F/V SILVER ISLE, Washington Registration No. WN367SUN, its Engines, Machinery, Appurtenances, etc.,

(2) That Delta Marine Industries, Inc. shall have judgment *in personam* against Defendants Raymond and Norma Forsman;

(3) That the preferred maritime lien in favor of the Plaintiff on the Vessel is foreclosed and that any and all persons claiming any interest in the Vessel are forever barred and foreclosed of and from all rights of equity or redemption or claim to the Vessel;

(4) That the U.S. Marshal shall, pursuant to Supplemental Rule E(9) and LAR 150, cause the Vessel to be sold in accordance with the law;

(5) That the proceeds of the sale should be applied to pay

    a. The Marshal's costs of administration, and

    b. The *in rem* claims of the Plaintiff against the Vessel in the amount of $48,450.75.

    c. The *in personam* claims of the Plaintiff against Raymond and Norma Forsman, in the amount of $48,450.75.

    d. Substitute custodian fees, moorage and related fees in the amount of $6,852.14 through December 31, 2016, plus $35.00 per day from January 1, 2017 through confirmation of sale of vessel.

    e. All future custodian fees and costs of collection as calculated to the date of the sale.

ORDER GRANTING
DEFAULT JUDGMENT- 2
Case No.: 2:16-cv-01411

**HOLMES WEDDLE & BARCOTT, A PROFESSIONAL CORPORATION**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

(6) That the Plaintiff shall be permitted to bid all or part of its judgment hereunder without cash deposit.

SO ORDERED AND ADJUDGED on this 4th day of January 2017.

  
RICARDO S. MARTINEZ  
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

HOLMES WEDDLE & BARCOTT

  /s/ John E. Casperson  
John E. Casperson, WSBA #14292  
Heather C. Cook, WSBA #48487  
999 Third Avenue, Suite 2600  
Seattle, Washington 98104  
Telephone: (206) 292-8008  
Facsimile: (206) 340-0289  
Email: jcasperson@hwb-law.com  
Attorney for Plaintiff

ORDER GRANTING  
DEFAULT JUDGMENT- 3  
Case No.: 2:16-cv-01411

HOLMES WEDDLE & BARCOTT, A PROFESSIONAL CORPORATION  
999 THIRD AVENUE, SUITE 2600  
SEATTLE, WA 98104-4011  
TELEPHONE (206) 292-8008  
FAX (206) 340-0289