1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14
15
16
17
18
19
20
21
22

DELTA MARINE INDUSTRIES, INC., a Washington corporation,

      Plaintiff,

 v.

F/V SILVER ISLE, Washington Registration No. WN367SUN, its engines, tackle, rigging, equipment, and other appurtenances, etc., *In Rem*;

and

RAYMOND AND NORMA FORSMAN, *In Personam*,

      Defendants.

CRAFT3, a Washington Nonprofit Corporation

      Cross-Claimant

 v.

RAYMOND AND NORMA FORSMAN

      Cross-Defendants.

IN ADMIRALTY

Case No.:  C16-1411RSM

ORDER GRANTING UNOPPOSED MOTION FOR DISBURSEMENT OF AUCTION PROCEEDS

23
24
25
26
27
28

  This matter comes before the Court on Plaintiff's unopposed motion for disbursement of auction proceeds. Dkt. #29.  Having reviewed Plaintiff's motion and the declaration attached thereto, the Court GRANTS Plaintiff's motion.  The Clerk of the Court is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal

ORDER GRANTING UNOPPOSED MOTION FOR DISBURSEMENT OF AUCTION PROCEEDS - 1

amount of $59,065 plus all accrued interest, minus any statutory users fee, payable to Delta Marine Industries, Inc.  The Clerk shall mail or deliver the check to Delta Marine Industries, Inc.

DATED this 7 day of March, 2017.

```
                                        RICARDO S. MARTINEZ
                                        CHIEF UNITED STATES DISTRICT JUDGE
```

ORDER GRANTING UNOPPOSED MOTION FOR DISBURSEMENT OF AUCTION PROCEEDS - 2