HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DELTA MARINE INDUSTRIES, INC., a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F/V SILVER ISLE, Washington Registration No. WN367SUN, its engines, tackle, rigging, equipment, and other appurtenances, etc., *In Rem;*<br><br>and<br><br>RAYMOND AND NORMA FORSMAN, *In Personam*,<br><br>　　　　Defendants. | IN ADMIRALTY<br><br>Case No. 2:16-cv-01411-RSM<br><br>**STIPULATED ORDER OF DISMISSAL OF CROSS-CLAIM** |
| CRAFT3, a Washington Nonprofit Corporation<br><br>　　　　Cross-Claimant<br><br>　　v.<br><br>**RAYMOND AND NORMA FORSMAN**<br><br>　　　　Cross-Defendants | |

## I. STIPULATION

Cross-claimant and Cross-defendants, by and through their respective counsel of record, stipulate that all claims herein shall be dismissed without prejudice and without fees or costs to any party.

DATED this 16th day of March, 2017.

By: _____  
Douglas P. Cushing, WSBA # 23392  
Attorney for Cross-Claimant

By: *Kevin Beauchamp Smith*  
Kevin Beauchamp Smith, WSBA # 21156  
Attorney for Cross-Defendant

## II. ORDER

THIS MATTER having come to the attention of the Court and based upon the stipulation of the parties above contained, and the court being fully advised in the premises, now, therefore, it is hereby

ORDERED that all claims in this matter be dismissed, and the same are hereby dismissed without prejudice and without attorney fees or costs to either party.

DATED this 22 day of March 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: _____
   Douglas P. Cushing, WSBA # 23392
   Attorneys for Cross-Claimant

Approved as to Form and Notice of Presentment Waived:

By: *Kevin Beauchamp Smith*
   Kevin Beauchamp Smith, WSBA # 21156
   Attorney for Cross-Defendant